IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BETTY JANICE WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:15-CV-121-C |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on October 15, 2015, in which the recommendation was made to dismiss Plaintiff's Complaint upon Plaintiff's Motion to Dismiss. Plaintiff filed a Motion to Dismiss on October 12, 2015, and not prosecute her claim under this appeal.

It is, therefore, ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the Plaintiff's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice.

Dated this 3rd day of November, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE